ACCEPTED
03-14-00733-CR
3957917
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 12:37:46 AM
JEFFREY D. KYLE
CLERK

No Oral Argument Requested

No. 03-14-00733-CR
(Should be –CV)

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 12:37:46 AM
JEFFREY D. KYLE
Clerk

In The
COURT OF APPEALS
THIRD DISTRICT OF TEXAS

**WESLEY PERKINS,**
**Respondent – Appellant,**

**v.**

**STATE OF TEXAS,**
**Plaintiff – Appellee.**

(Brief Due: Jan. 29, 2015)

On Direct Appeal from the
COUNTY COURT AT LAW NO. 3
OF TRAVIS COUNTY, TEXAS

Trial Cause No. C-1-CR-13-200882
STATE v. PERKINS (should be CV)

## PERKINS'S MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF

## Assertion of Rights

Appellant asserts all his unalienable rights, privileges, and immunities at

Natural Law, Common Law, and Maritime Law, and all his commercial rights

relevant to "this state."

---

Appellant's Motion for Extension of Time to file Principal Brief (PERKINS)      1
**No Notice.  No commercial nexus.**

## Objection to Non-judicial Decision-making

Appellant still objects to non-judicial decision-making. *Cf. Gonzalez v. United States*, 553 U.S. 242 (May 12, 2008) ("If the parties consent") (construing 28 U.S.C. § 636**(b)**).

## Objection to use of private law

Appellant also still objects to the use of unpublished cases to which he's not a party. A cite to "WL" and "Lexis" is a reference to materials not publicly accessible. For such references even to begin to be meaningful, a full copy of the opinion for each "WL" or "Lexis" reference must be attached.

## Motion

PERKINS moves that he be allowed at least 10 minutes extra to file his Principal Brief.

## Discussion

The electronic filing timestamp indicated 12:05. Therefore, given the 10 minutes requested, the original filing will be timely.

## Request for Relief

PERKINS requests that he be allowed an extra 10 minutes to submit his

Principal Brief.

Respectfully submitted,


/s/  Wes Perkins
WESLEY PERKINS
11900 Metric Blvd,  # J179
Austin, Texas 78758


## Certificate of Service

By my signature below, I certify that on or about the  30th  day of January, 2015, I served a true and correct copy of this Motion by email, where possible, and otherwise by hand delivery, certified mail, 3-day or faster delivery, or first class mail on the following:

DAVID ESCAMILLA
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
(STATE)

LISA C. MCMINN
State Prosecuting Attorney's Office
P.O. Box 13046
Austin, TX  78711


/s/ Wes Perkins
WESLEY PERKINS